**Ruth Kerr JAKOBY, petitioner,**
**v. UNITED STATES.**

**No. 97-1766.**

Supreme Court of the United States

June 22, 1998.

Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.